AO 92
(Rev. 6/83)

# COMMITMENT

| **United States District Court** | DISTRICT<br>New Jersey |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>OMAR DHANANI | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>04-CR-786 (WJM) |

The above named defendant was arrested upon the complaint of

charging a violation of    18 USC § 371

| DISTRICT OF OFFENSE<br>New Jersey | DATE OF OFFENSE |
|---|---|

DESCRIPTION OF CHARGES:

credit card fraud

**BOND IS FIXED AT**
$           Detained

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

_April 29, 2005_                    _[signature]_
        Date                        United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |